1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  CASE NO. 3:09-MJ-00082-CMK
                                     )
12                  Plaintiff,       )
                                     )
13  v.                               )  STIPULATION AND ORDER
                                     )  CONTINUING PRELIMINARY
14  ANTONIO GUERRERO, and            )  EXAMINATION
    FRANCISCO GARIN,                 )
15                                   )
                    Defendant(s).    )
16  _____ )

17

18                      STIPULATION

19      IT IS HEREBY STIPULATED by and between Assistant United States

20  Attorney Paul A. Hemesath, counsel for the plaintiff, and defendant

21  Francisco GARIN, by and through his counsel Dan Koukol, that good

22  cause exists to extend the preliminary examination currently set for

23  December 31, at 10:30 a.m. to January 8, 2010, at 2 p.m., pursuant to

24  Federal Rule of Criminal Procedure 5.1(d).

25  ///

26  ///

27  ///

28  ///

1

Good cause exists to extend the time for the preliminary examination within the meaning of Rule 5.1(d) because of conflicting schedules and preparation issues, and because both parties have provided their consent to such extension of time.


DATED: December 30, 2009          /s/ Dan Koukol
                                  DAN KOUKOL
                                  Attorney for Defendant
                                  FRANCISCO GARIN

DATED: December 30, 2009          /s/ Paul A. Hemesath
                                  PAUL A. HEMESATH
                                  Assistant U.S. Attorney


                              ORDER

    GOOD CAUSE APPEARING, and by stipulation of all counsel, IT IS HEREBY ORDERED THAT:


1. The Court finds good cause to extend the Preliminary Examination currently set for December 31, 2009, at 10:30 a.m. to January 8, 2010, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d).

DATED: December 30, 2009.
                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE

2